# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL ROBERT HAMILTON, B26391, | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL NO. 19-1069-NJR |
| vs. | )<br>) |
| BRANDON KITTLE, et al | )<br>) |
| Defendants. | |

# ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

On October 30, 2019, Hamilton's motion for leave to proceed *in form pauperis* ("IFP") was denied as he has "struck out" under 28 U.S.C. § 1915(g) and did not meet the requirements of the imminent danger exception (Doc. 5). Hamilton was ordered to pay the filing fee of $400.00 on or before November 13, 2019 and was warned that failure to comply would result in dismissal of the action. *Id*. On November 18, 2019, Plaintiff was given an extension of time to pay the $400.00 filing fee on or before December 14, 2019 or face dismissal (Doc. 8).

To date, Hamilton has failed to pay the filing fee. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: January 2, 2020**

                                                                 **s/ NANCY J. ROSENSTENGEL**
                                                                  **NANCY J. ROSENSTENGEL**
                                                                  **Chief U.S. District Judge**